152 So. 919

**Odis BODY, alias Boddie, v. STATE.**

8 Div. 847.

Court of Appeals of Alabama.
Jan. 30, 1934.

SAMFORD, Judge.
Appeal dismissed.

152 So. 919

**G. R., alias Bob, BOWEN v. STATE.**

7 Div. 987.

Court of Appeals of Alabama.
Jan. 16, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

161 So. 915

**Homer BOWERS and Gillis Bowers v. STATE.**

4 Div. 108.

Court of Appeals of Alabama.
April 30, 1935.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

160 So. 918

**Herbert, alias Hub, alias H. L., BOZEMAN v. STATE.**

4 Div. 60.

Court of Appeals of Alabama.
April 2, 1935.

SAMFORD, Judge.
Appeal dismissed.

157 So. 915

**Earnest BRACY v. STATE.**

5 Div. 935.

Court of Appeals of Alabama.
Nov. 27, 1934.

RICE, Judge.
Appeal dismissed.

162 So. 922

**John BRADFORD v. STATE.**

8 Div. 188.

Court of Appeals of Alabama.
June 25, 1935.

Powell & Powell, of Hartselle, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

We have read the evidence in this case, and find that the state has failed to furnish evidence of a guilty scienter on the part of defendant. Defendant's motion for a new trial should have been granted. Guin v. State, 19 Ala. App. 67, 94 So. 788.

The judgment is reversed, and the cause is remanded.

Reversed and remanded.

152 So. 920

**Odie BRADFORD v. STATE.**

8 Div. 820.

Court of Appeals of Alabama.
Feb. 13, 1934.

SAMFORD, Judge.
Affirmed.